IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE D. KEY,

    Plaintiff,

  v.

Case No. 15-cv-673-jdp

MEREDITH MASHAK, KARL HOFFMAN, AND KEISHA PERRENOUD,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |